IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| COOSA NATION, ex rel., LAMAR PERRYMAN<br><br>*Petitioner*,<br><br>v.<br><br>ZSI PROBATION SERVICE, INC., *et al.*,<br><br>*Respondents*. | CIVIL ACTION NO.<br>5:19-cv-00274-TES-MSH |

**ORDER ADOPTING THE UNITED STATES
MAGISTRATE JUDGE'S RECOMMENDATION**

In his Recommendation [Doc. 25], the United States Magistrate Judge recommends that the Court dismisses Petitioner's application for habeas relief pursuant to 28 U.S.C. § 2254, challenging Perryman's conviction for obstruction of an officer and disorderly conduct, because Coosa Nation lacks standing, and Perryman has failed to exhaust his state remedies. [Doc. 14].

No objections have been filed to the magistrate judge's Recommendation; therefore, the Court reviews his findings for clear error. 28 U.S.C. § 636(b)(1)(A). After careful review, the Court finds no clear error.

Therefore, the Court **ADOPTS** the Recommendation [Doc. 25] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, Respondent State of Georgia's motion to

dismiss [Doc. 19] is **GRANTED**; Petitioner's 28 U.S.C. § 2254 petition is hereby

**DISMISSED without prejudice**; Petitioner is **DENIED** a certificate of appealability in

accordance with 28 U.S.C. § 2253(c)(2).[1]

**SO ORDERED**, this 23rd day of March, 2020.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Also, before the Court is Respondent ZSI Probation Services, Inc.'s ("ZSI") motion to dismiss [Doc. 22]. The magistrate judge found that ZSI is not the proper respondent. The Court agrees. Accordingly, ZSI's motion to dismiss [Doc. 22] is **DENIED as moot**, and ZSI is dismissed from this action.